# Kimberlee T. Spady

*Attorney & Counselor at Law*

---

| | |
|---|---|
| 114 E. Main Street<br>Post Office Box 433<br>Hinton, Oklahoma 73047 | Telephone: (405)542-6056<br>Kim@Spadylaw.com |

December 6, 2024

Via email (kcowan@lippes.com) and U.S. Mail
Klint A. Cowan
LippesMathias
512 N.W. 12th Street
Oklahoma City, Oklahoma 73103

**RE:** **Memorandum of Understanding** dated November 15, 2018
Lenape Entertainment, LLC, Town of Hinton, and Hinton Public Works Authority

Dear Mr. Cowan:

This is to follow up on my several attempts to discuss the expiration of the referenced MOU and develop a plan for cooperation moving forward.

After lengthy discussions, the Delaware Nation and Hinton agreed to a Memorandum of Understanding that was effective on November 15, 2018. (A copy is enclosed for your easy reference.) It is a simple agreement that both documented and facilitated a mutually beneficial and respectful relationship between the parties

In late 2023, Hinton noted that the MOU had expired by its terms and approved an updated version of the same agreement. The updated MOU was delivered to the Delaware Nation in May 2024 (copy enclosed). Lenape quickly responded that the Executive Committee and Lenape had decided that "renewal or issuance of an updated Memorandum of Understanding is an unnecessary endeavor."

Based on this statement, coupled with the lack of response to subsequent attempts to discuss the matter, Hinton understands that the Delaware Nation and Lenape Entertainment will no longer be cooperating with Hinton under the terms of an MOU. Hinton respectfully recognizes the Delaware Nation's sovereignty and that Casino Oklahoma is located on land held in Trust for the benefit of the Delaware Nation and is therefore not subject to the laws and regulations imposed and enforced by the Town of Hinton.

Hinton will continue to deliver water and wastewater services to Lenape at the current levels, as an out-of-Town user, pending further review after the first of the year. Beginning January 1, 2025, Hinton will no longer provide additional services or assistance to Lenape in connection with those services.

Exhibit 3

December 6, 2024
Page 2 of 2

Both the Hinton Police Department and the Hinton Fire Department regularly respond to calls and provide non-emergency aid to Casino Oklahoma and its patrons. Effective January 1, 2025, Hinton will no longer respond calls at Casino Oklahoma.

In sum, beginning January 1, 2025, Hinton will not assist with or provide services to the Delaware Nation/Lenape, or on the Casino Oklahoma premises, other than water and wastewater at the current levels.

As I've mentioned, Hinton has enjoyed a long, respectful relationship with the Delaware Nation; representatives of the Delaware Nation and Lenape are active and valued members of the Hinton community. While Hinton is dismayed that the Delaware Nation no longer sees value in maintaining and growing their working relationships, Hinton continues to extend its best wishes for success in all of the Delaware Nation's endeavors.

Please give me a call if you would like to discuss this matter.

Sincerely,

Kimberlee T. Spady

Enclosures

cc:     client