**ALWAYS GROWING** — **ALWAYS PROSPERING**

# HINTON

Phone: (405) 542-3253
PO Box 159
Hintonok.com

123 East Main Street
Hinton, OK 73047

June 10, 2025

Sonnie Allen, Chairwoman
Lenape Entertainment, LLC
Casino Oklahoma
220 East Cummins Road
Hinton, Oklahoma 73047

Sonnie Allen, Chairwoman
Lenape Entertainment, LLC
31064 State Highway 281
Anadarko, Oklahoma 73005

Email: EC@delawarenation.com
Deborah Dotson, President
Delaware Nation
P.O. Box 825
31064 State Highway 281, Bldg 100
Anadarko, Oklahoma 73005

RE:   Municipal Services – Casino Oklahoma

Dear President Dotson and Chairwoman Allen:

As you may recall, the Town of Hinton presented the Delaware Nation and Lenape Entertainment with a proposed renewal of the Memorandum of Understanding, originally executed in 2018, for approval more than a year ago. The Delaware Nation and Lenape declined to renew the agreement, advising that the Executive Committee and Lenape Entertainment had determined "that renewal or issuance of an updated Memorandum of Understanding is an unnecessary endeavor."

The Town of Hinton's policies prohibit the provision of municipal services to properties outside municipal boundaries in the absence of a written agreement for the same. Given that the Delaware Nation and Lenape Entertainment have declined to enter into such an agreement, the Town of Hinton will discontinue all municipal services, including water and sewer services, to the Casino Oklahoma property at 12:00 a.m. on August 1, 2025.

Please feel free to contact Shanon Pack, Town Administrator, should you wish to discuss this matter.

Sincerely,

Board of Trustees, Town of Hinton

Brandon Hill, Mayor

Casey McLoud, Vice Mayor

Brian Sweany

Josh Toho

Charles Basse

Exhibit 4