**TOWN OF HINTON/HINTON PUBLIC WORKS AUTHORITY**

Policies for Municipal Wastewater Services

***General Policy***: *The Town and HPWA will endeavor to provide reliable, safe, and adequate wastewater services to all residents and businesses within the Town of Hinton.*

I. **Services.**
   a. Every structure, business, location, residence, or other locale within the Town of Hinton must be connected to and pay for municipal wastewater services, unless an exception specifically identified by law or ordinance applies.

   b. A *Utility Services Contract* must be completed in full and signed by the Responsible Party on every account. Government-issued photo identification is required to open/continue an account. A copy of the card will be retained with the signed Contract.

   c. A new account will not be opened for any person or business entity if the person or entity (including any owner, shareholder, partner, member, guarantor, or other interest party on a commercial account) has an unpaid delinquent balance on any account (whether water, sewer, and/or garbage). All accounts, including all interest, penalties, and other fees, must be paid in full before service will be extended.

   d. Wastewater services will not be extended to addresses which are outside of Town Limits.

   e. The full amount of the bill for utility services must be paid on the due date printed on the utility bill. If the bill is not paid by the due date, a late fee in the amount of ten percent (10%) of the total amount due will be assessed and added to the bill.

II. **Account Forgiveness/Deferred Payment**.

   *It is the responsibility of every party who requests water service to monitor the use of water and the generation and disposal of wastewater, including monitoring and maintenance of all pipes and fixtures.*

   The Town is legally required to attempt to collect unpaid utility bills to satisfy the Oklahoma Constitution's prohibition against giving away public resources. The Town therefore will not consider any request to forgive an amount due unless the responsible party shows that he or she has acted with all due care in monitoring the property, water use, and wastewater disposal.

   **Partial Forgiveness – Certain Customers**. For customers whose sewer bill is based on actual water usage, the Town Board of Trustees or HPWA may, in very limited circumstances, agree to forgive up to 50% of a single month's unusually large wastewater bill if the responsible party makes a request within 5 business days of the date of the bill ***and*** (a) provides evidence in support of the request to prove that the usage was due to an unforeseen issue which was promptly remedied <u>and</u> (b) the HPWA director is reasonably satisfied that the excess water through the meter was not deposited into the municipal sewer system. (For example, where an outdoor faucet or other water line burst due to cold weather.)

   **Deferred Payment**. The Town Administrator may, in consultation with the Water Superintendent and staff, enter into a deferred payment plan with a Responsible Party in rare situations where unexpected circumstances have arisen and the Party is unable to pay as agreed. The Deferred Payment Plan must be in writing and adequate security provided by the Responsible Party. Interest shall continue to accrue on all amounts past due.

Exhibit 6