

Exhibit 7