IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DELAWARE NATION,<br>LENAPE ENTERTAINMENT, LLC and<br>CASINO OKLAHOMA, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TOWN OF HINTON, OKLAHOMA,<br>BOARD OF TRUSTEES OF THE TOWN OF<br>HINTON, OKLAHOMA,<br>HINTON PUBLIC WORKS AUTHORITY,<br>BRANDON HILL, Mayor of the Town of<br>Hinton, in his official capacity,<br>CASEY MCLOUD, Vice Mayor of the Town<br>of Hinton, in his official capacity,<br>BRIAN SWEANY, Trustee of the Town of<br>Hinton, in his official capacity,<br>JOSH TOHO, Trustee of the Town of Hinton,<br>in his official capacity, and<br>CHARLES BASSE, Trustee of the Town of<br>Hinton, in his official capacity,<br><br>    Defendants. | Case No. CIV-25-815-SLP |

## **O R D E R**

Before the Court is Plaintiffs' Motion to Strike Emergency Motion for Temporary Restraining Order and Hearing on the Emergency Motion [Doc. No. 6]. Counsel for Defendants does not oppose the requested relief. Upon review, the Motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' Emergency Motion for Temporary Restraining Order [Doc. No. 3] is STRICKEN.

IT IS FURTHER ORDERED that the hearing on the Motion, currently set for Monday, July 28, 2025 at 1:30 p.m., in Courtroom 304, United States District Court for the Western District of Oklahoma, is STRICKEN.

IT IS SO ORDERED this 25th day of July, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE