IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DELAWARE NATION, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. CIV-25-815-SLP |
| TOWN OF HINTON, OKLAHOMA, et al., | ) ) ) |
| Defendants. | ) |

**O R D E R**

Before the Court is Defendants' Motion to Dismiss [Doc. No. 19]. Subsequent to the filing of Defendants' Motion, Plaintiffs filed an Amended Verified Complaint [Doc. No. 23]. "The [A]mended [C]omplaint, as the operative complaint, supersedes the original complaint's allegations[.]" *May v. Segovia*, 929 F.3d 1223, 1229 (10th Cir. 2019). Thus, those allegations are of "no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, Defendant's Motion to Dismiss [Doc. No. 19] is DENIED AS MOOT.

IT IS SO ORDERED this 2nd day of October, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE